IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| DEX MEDIA, INC., | : | Case No. 16-11200 (KG) |
| | : | BAP No. 17-4 |
| | : | ADV No. 16-510-26 |
| Debtor. | : | |
| | : | |
| YELLOW PAGES PHOTOS, INC., | : | C.A. No. 17-96 GMS |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | |
| | : | |
| DEX MEDIA, INC., | : | |
| | : | |
| Appellee. | : | |

ORDER

At Wilmington this 29th day of March, 2017, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court (D.I. 4);

IT IS ORDERED that the recommendation is adopted and the parties are directed to submit a proposed briefing schedule to the court no later than **April 19, 2017.**

UNITED STATES DISTRICT JUDGE